UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-23848

RAIDEL RAMIREZ RODRIGUEZ and )
WILBER PEREZ, and all others similarly )
situated under 29 U.S.C. 216(b), )
                           Plaintiffs, )
  vs. )

SAHARA BEACH CLUB MOTEL )
CONDOMINIUM ASSOCIATION, INC., )
and DEZER GIL, )
                           Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 6], and states as follows:

### FEDERAL OVERTIME WAGE CLAIM:

#### RAIDEL RAMIREZ RODRIGUEZ:

**Period Claimed:** September 8, 2013 through present and ongoing
Weeks: 156
Overtime hours per week: 8
Amount of half time per hour not compensated: $6.00/hr (based on hourly rate of $12.00)
Total overtime wages unpaid: **156 weeks x 8 OT hours x $6.00 = $7,488.00 x 2 (liquidated damages) = $14,976.00**

#### WILBER PEREZ:

**Period Claimed:** September 8, 2013 through present and ongoing
Weeks: 156
Overtime hours per week: 8
Amount of half time per hour not compensated: $7.00/hr (based on hourly rate of $14.00)
Total overtime wages unpaid: **156 weeks x 8 OT hours x $7.00 = $8,736.00 x 2 (liquidated damages) = $17,472.00**

**Total Overtime and Minimum Wage Claim and Liquidated Damages: $32,448.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By: /s/ Allyson Morgado
                  Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 9/9/16 TO:

ALL CM/ECF RECIPIENTS

                BY: /s/ Allyson Morgado
                  Allyson Morgado, Esquire