UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23848-CIV-ALTONAGA/O'Sullivan

**WILBER PEREZ**,

    Plaintiff,
v.

**SAHARA BEACH CLUB MOTEL CONDOMINIUM ASSOCIATION, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 4, 2016, the Court entered an Order [ECF No. 10] requiring Plaintiff, Wilber Perez ("Plaintiff") to perfect service upon Defendants within 90 days of filing the Complaint, by December 7, 2016. Plaintiff has not complied with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**