# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

RAIDEL RAMIREZ RODRIGUEZ and )
WILBER PEREZ, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                                  )     CASE NO: 1:16-cv-23848-CMA
        Plaintiffs, )
vs. )
)
SAHARA BEACH CLUB MOTEL )
CONDOMINIUM ASSOCIATION, INC., )
and DEZER GIL, )
)
        Defendants. )
)

## SUMMONS IN A CIVIL ACTION

To:
DEZER GIL
18001 Collins Avenue, 31st Floor
Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

Steven M. Larimore

09/08/2016

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16- 23848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEXTER Gil

was received by me on *(date)* 9/8/16

☑ I personally served the summons on the individual at *(place)* 1800/ CLP Rd

on *(date)* 9/5/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 9/5/16

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc: